IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIE SIMMONS and<br>CORNEZ SIMMONS<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>　　　　　Defendants. | CIVIL ACTION NO. 02-CV-4174<br><br><br><br><br>ENTRY OF APPEARANCE |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

　　　　Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____　　　_____
Hope S. Freiwald　　　　　　　　　　　　Aline Fairweather


_____　　　_____
Erin Brennan　　　　　　　　　　　　　　Kirstin J. Miller


　　　　　　　　　　　　　　　　　　　　DECHERT PRICE & RHOADS
　　　　　　　　　　　　　　　　　　　　4000 Bell Atlantic Tower
　　　　　　　　　　　　　　　　　　　　1717 Arch Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-2793
　　　　　　　　　　　　　　　　　　　　(215) 994-4000